UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
*Electronically Filed*

| | |
|---|---|
| RESTOCON CORPORATION, ) | |
| ) | **CASE NO. 3:23-CV-142** |
| PLAINTIFF/COUNTERCLAIM ) | |
| DEFENDANT, ) | |
| VS. ) | |
| METROPOLITAN KNOXVILLE AIRPORT ) | |
| AUTHORITY, ) | |
| DEFENDANT/COUNTERCLAIM ) | |
| PLAINTIFF ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(c), and E.D. Tenn. L.R. 68.1, Plaintiff/Counterclaim Defendant Restocon Corporation ("Restocon"), and Defendant/Counterclaim Plaintiff Metropolitan Knoxville Airport Authority ("MKAA"), by and through their undersigned counsel, advise the Court that the matter in controversy has been compromised and settled in full.

As evidenced by the signatures below of counsel in this action for the parties, Restocon for its claims and MKAA for its counterclaims hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), to the dismissal of this action with prejudice.

Accordingly, all the claims of Plaintiff Restocon and all the counterclaims of Counterclaim-Plaintiff MKAA are dismissed with prejudice. Additionally by agreement, the parties shall pay and be responsible for their own respective fees, costs and discretionary costs, including attorneys' fees.

Dated: March 21, 2025

Respectfully submitted and approved,

*/s/ Shayne R. Clinton (by EMB w/permission)*
Brian M. Dobbs (BPR # 025855)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Phone: (615) 742-6200
Fax: (615) 742-6293
bdobbs@bassberry.com

And

G. Mark Mamantov (BPR # 011293)
Shayne R. Clinton (BPR # 026245)
BASS, BERRY & SIMS PLC
900 S. Gay St., Suite 1700
Knoxville, TN 37902
Phone: (865) 521-6200
Fax: (615) 742-6293
mmamantov@bassberry.com
sclinton@bassberry.com
*Attorneys for Defendant Metropolitan Knoxville Airport Authority*

*/s/ Elizabeth M. Bass*
Elizabeth M. Bass (TN BPR 035570/ KBA 92461)
700 E. Main St, Suite 201
Hendersonville, TN 37075
Telephone: (615) 919-9090
Facsimile: (859) 219-9292
Email: Elizabeth@RichardsonLawGrp.com
*Counsel for Plaintiff,
Restocon Corporation*

2

**CERTIFICATE OF SERVICE**

On March 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Brian M. Dobbs<br>Curtis E. Beem<br>Bass Berry & Sims PLC<br>150 3rd Ave. S., Suite 2800<br>Nashville, TN 37201<br>bdobbs@bassberry.com<br>curtis.beem@bassberry.com<br>*Counsel for Defendant* | G. Mark Mamantov<br>Shayne R. Clinton<br>Bass, Berry & Sims PLC<br>900 S. Gay St., Suite 1700<br>Knoxville, TN 37902<br>mmamantov@bassberry.com<br>sclinton@bassberry.com<br>*Counsel for Defendant* |

*/s/Elizabeth M. Bass*
COUNSEL FOR PLAINTIFF
RESTOCON CORPORATION

7590.006943C:\NRPortbl\Golden_and_Walters\KIM\2706290_1.DOCX